**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RICHARD JACOBS,

    Plaintiff,

v.                                      CASE NO. 8:17-cv-02037-MSS-TBM

CALIBER HOME LOANS, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, RICHARD JACOBS, and Defendant, CALIBER HOME LOANS, INC. (together, the "Parties"), hereby submit this Notice of Settlement and state that the Parties have reached a settlement with regard to this case which would resolve the matters at issue in their entirety. The Parties anticipate filing a dismissal of the instant action within thirty (30) days hereof.

| | |
|---|---|
| /s/ JON P. DUBBELD | /s/ E. TYLER SAMSING |
| Jon P. Dubbeld (FBN: 105869) | Timothy A. Andreu (FBN: 443778) |
| Berkowitz & Myers | E. Tyler Samsing (FBN: 28380) |
| 4900 Central Avenue | BRADLEY ARANT BOULT CUMMINGS LLP |
| St. Petersburg, FL 33707 | 100 N. Tampa Street, Suite 2200 |
| Phone: 727-344-0123 | Tampa, FL 33602 |
| jon@berkmyer.com | Phone: 813-559-5500 |
| | Fax: 813-229-5946 |
| *ATTORNEYS FOR RICHARD JACOBS* | tandreu@bradley.com |
| | tsamsing@bradley.com |
| | |
| | *ATTORNEYS FOR CALIBER HOME LOANS, INC.* |

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 7, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send an electronic notification of such filing to all counsel of record and other participants in the Court's ECF filing system.

                /s/ E. TYLER SAMSING
                Attorney